**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF ILLINOIS**

☒ **Benton**       ☐ East St. Louis       ☐ Contested       ☒ **Uncontested**

# MINUTES OF DISPOSITION

JUDGE:  **J. Phil Gilbert, United States District Judge**

USA v. <u>AZIZ SADIQ</u>                    CRIMINAL CASE NO.:  <u>21-cr-40012-JPG-1</u>

REPORTER:  <u>Amy Richardson</u>                DEPUTY:  <u>Tina Gray</u>

GOVT. COUNSEL: <u>George A. Norwood</u>        DEF. COUNSEL:  <u>Judith A. Kuenneke</u>

PROBATION OFFICER: <u>Stacey Grinnell</u>

DATE: <u>November 2, 2021</u>                TIME:  <u>30 minutes</u>

---

The Court Orders the Presentence Investigation Report to be SEALED with Counsel having access to same in the event of an Appeal. The Recommendation is to be placed under separate seal and Counsel will not have access to same.

COURT'S RULINGS ON OBJECTIONS TO PRE-SENTENCE REPORT: <u>N/A</u>

TOTAL AMOUNT OF:  <u>CDW</u>            RELEVANT CONDUCT:  <u>53,595.06 kilograms</u>

OFFENSE LEVEL: <u>33</u>                CRIMINAL HISTORY CATEGORY:  <u>IV</u>

SENTENCE RANGE:  <u>188-235 months</u>        FINE RANGE:  <u>$35,000 - $20,000,000</u>

SUPERVISED RELEASE RANGE:  <u>10 years</u>

**SENTENCE:    To be imprisoned for a term of 208 months as to Count 1 of the Indictment. This term of imprisonment shall run consecutively to the term of 16 months imposed in 95-CR-40030 for a TOTAL of 224 months.**

**SUPERVISED RELEASE:  Upon release from imprisonment, Defendant shall be placed on Supervised Release for a term of 10 years as to Count 1 of the Indictment.**

Defendant waives reading of the terms and conditions of supervision. <u>Waiver filed at doc 32.</u>

Defendant shall pay a **FINE** in the amount of <u>$250.00</u> payable to the Clerk, United States District Court, due immediately.   ☒ INTEREST WAIVED        ☐ INTEREST IMPOSED

Defendant shall pay a **SPECIAL ASSESSMENT** of <u>$100.00</u> payable to the Clerk, United States District Court, due immediately.   ☒ INTEREST WAIVED        ☐ INTEREST IMPOSED

Defendant advised of right to appeal within 14 days.

The Court makes the following recommendations:  The Court asks that Defendant be considered for the RDAP Program and be placed in the Marion, IL facility.

1

Defendant remanded to the custody of USMS Benton.