UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>  v.<br><br>AZIZ SADIQ,<br><br>       Defendant. | Case No. 21-cr-40012-JPG |

**MEMORANDUM AND ORDER**

This matter comes before the Court on the *pro se* motion of defendant Aziz Sadiq (Doc. 46) to strike his counsel-filed motion (Doc. 43) for a reduction of his criminal sentence from 208 to 186 months pursuant to 18 U.S.C. § 3582(c)(2) and United States Sentencing Guidelines Manual ("U.S.S.G.") § 1B1.10, making Amendment 821 retroactive. He is represented in this matter by counsel Shanna Surratt, who has moved to reduce Sadiq's sentence because under Amendment 821, his criminal history category and his guideline range would be lower.

Sadiq also has a § 2255 motion pending challenging the assessment of 3 criminal history points—and by extension his criminal history category—for a conviction that was expunged after he was sentenced in this case. He is proceeding *pro se* in that matter. *Sadiq v. United States*, No. 22-cv-2906-JPG.

In response to his motion for an Amendment 821 sentence reduction, the Government has proposed a reduction from 208 to 180 month, the statutory mandatory minimum under 21 U.S.C. §§ 841(b)(1)(A) and 851. It believes a reduction to 180 months would moot Sadiq's § 2255 motion because even if § 2255 relief were granted, the Court could not impose a sentence lower than 180 months as a matter of law.

Sadiq is upset that he did not know the Amendment 821 motion had been filed, likely

because of the Court's zeal to implement its procedure to ensure meritorious Amendment 821 reduction motions are granted quickly.  Apparently, Sadiq does not want the Court to consider an Amendment 821 motion while his § 2255 is pending.  That is his prerogative.

The Court **ORDERS** Surratt to advise Sadiq about his motion for an Amendment 821 reduction and file a notice within 30 days of this order stating whether Sadiq still wishes to strike the motion.  If Sadiq still wishes to strike the motion, the Court will strike it and terminate Surratt as counsel in this case.

**IT IS SO ORDERED.**
**DATED:  April 5, 2024**

                                                s/ J. Phil Gilbert
                                                **J. PHIL GILBERT**
                                                **DISTRICT JUDGE**